UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAN MEDINA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                              /

Case No. 1:14-cv-64
Hon. Hugh W. Brenneman, Jr.

## **JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for the limited purpose of further proceedings not inconsistent with the Opinion.

    **IT IS SO ORDERED.**


Dated:  March 27, 2015                    /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge